IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MEADOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C.S.P. DENTAL ANNEX, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 10-00887 SBA (PR)<br><br>**ORDER OF TRANSFER** |

　　　　Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status.

　　　　The acts complained of occurred at California State Prison - Solano, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

　　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. Plaintiff's application for in forma pauperis status is TERMINATED on this Court's docket as no longer pending in this district.

　　　　IT IS SO ORDERED.

DATED: 3/26/10

　　　　　　　　　　　　　　　　　　　　　　／s／ Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.10\Meador0887.Transfer.wpd

**United States District Court**
**For the Northern District of California**

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   WILLIAM MEADOR,
4                                                    Case Number: CV10-00887 SBA
               Plaintiff,
5                                                    **CERTIFICATE OF SERVICE**
      v.
6
   C S P DENTAL et al,
7
               Defendant.
8                                                /

9  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.
10
11 That on March 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.
13

14
15 William L. Meador C-68138
   California State Prison - Solano
16 P.O. Box 4000
   Vacaville, CA 95696
17
   Dated: March 31, 2010
18                                                   Richard W. Wieking, Clerk
                                                     By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.10\Meador0887.Transfer.wpd

2